1040

No. 70–5057. BILLINGS v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 70–5059. BARNER v. NORTH CAROLINA. Ct. App. N. C. Certiorari denied.

No. 70–5148. OLSEN v. ELLSWORTH ET AL. C. A. 9th Cir. Certiorari denied.

No. 71–642. PARROTT v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 71–813. FAVRO v. WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 71–817. CARDENAS v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 71–836. WOOD ET AL. v. IDAHO. Sup. Ct. Idaho. Certiorari denied.

No. 71–840. BORING v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 71–923. CECIRE ET AL., TRUSTEES v. STEWART, SUPERINTENDENT OF INSURANCE. Ct. App. N. Y. Certiorari denied.

No. 71–944. SALETKO v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 71–957. SHALLA v. UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN ET AL. C. A. 6th Cir. Certiorari denied.